FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

1/13/2015 4:36:38 PM

KEITH E. HOTTLE
Clerk

# EXHIBIT "A"



October 29, 2014

No. 04-14-00609-CV

Irma Lemus and Manuel Lemus,
Appellants

v.

John Rene Aguilar, Johnny B. Wells, Laura Ashley Wells, and Johnny Montoya Garza,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-00251
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

This court has determined that this dispute is appropriate for referral to an Alternative Dispute Resolution (ADR) procedure. *See* TEX. CIV. PRAC. & REM. CODE § 154.021 (Vernon 2005). All further communications with this court by the parties regarding ADR shall be directed to the Clerk of the Court for any assistance in the mediation process.

All parties are ORDERED to respond in writing by **November 12, 2014** stating: (1) the name, address, and fee schedule of the mediator of their choice; or (2) that they cannot agree on a mediator, in which case the court will appoint one; or (3) any objection to mediation and the reasons for such objection. *See id.* § 154.022 (b).

Provided the parties submit to mediation, this court will issue an order suspending all appellate deadlines for forty-five (45) days in order that the parties may concentrate on the scheduling and completion of the mediation process.

Is it so **ORDERED** on October 29, 2014.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on October 29, 2014.

_____
Keith E. Hottle, Clerk

# EXHIBIT "B"

November 24, 2014

No. 04-14-00609-CV

IRMA LEMUS AND MANUEL LEMUS,
Appellants

v.

JOHN RENE AGUILAR, JOHNNY B. WELLS, LAURA ASHLEY WELLS, AND JOHNNY
MONTOYA GARZA,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-00251
Honorable Antonia Arteaga, Judge Presiding

# ORDER OF REFERRAL

The Court, after reviewing the responses of the parties, has determined that the dispute pending in this Court is appropriate for referral to an Alternative Dispute Resolution procedure. TEX. CIV. PRAC. & REM. CODE ANN. § 154.021 (a) (Vernon 2005). It is therefore, ORDERED that this cause be referred to a Mediated Settlement Conference which will be conducted by either **Phylis Speedlin or Joseph Casseb**, an impartial person, as Mediator. *See id.* § 154.051.052.

It is FURTHER ORDERED that all appellate deadlines are hereby suspended until **January 8, 2015.**

It is FURTHER ORDERED that mediation shall commence at such place as the Mediator may designate and proceed in accordance with the schedule set by the Mediator until completed, but in any event the mediation shall be completed no later than forty-five (45) days from the date of this Order. The Mediator shall file with the Clerk of Court within three (3) days of the completion of the mediation a written report concerning the disposition of this appeal.

It is FURTHER ORDERED that the Mediator shall be compensated and that parties in this cause shall be equally responsible for its share of this obligation. Mediation fees shall ultimately be taxed as court costs. *See id.* § 154.054.

It is FURTHER ORDERED that all parties to this cause are directed to attend the Mediated Settlement Conference with their counsel of record. The corporate party representative in attendance and the individual party representatives shall have full authority to settle up to and including the judgment amount. To facilitate this procedure the Mediator shall encourage and assist, but will not compel or coerce the parties in reaching a settlement of the dispute. Unless the parties otherwise agree, all matters, including the conduct and demeanor of the parties and their counsel during mediation, shall remain confidential and shall never be disclosed to anyone, including this Court. *See id.* § 154.053.

Provided the parties are able to settle all matters related to this appeal, the parties are directed to file a joint motion requesting an appropriate disposition of this appeal within thirty (30) days of the date of mediation.

It is so **ORDERED** on November 24, 2014.

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2014.

Keith E. Hottle, Clerk

# EXHIBIT "C"

## LAW OFFICE OF ANITA J. ANDERSON

Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

Conference: 303 West Sunset Suite 103
Correspondence: POB 830722
San Antonio, Texas 78283
Telephone: 210.533.8726
Telecopier: 210.533.0989

January 5, 2014

VIA FACSIMILE TRANSMISSION

Justice Phylis Speedlin          (210) 226-8395
Cox, Smith, Matthews Inc.
112 East Pecan
San Antonio, Texas 78205

Ana Laura Hessbrook             (210) 706-9467
Law Office of Ana Laura Hessbrook
4100 N.W. Loop 410, Suite 105
San Antonio, Texas 78229

RE:    MEDIATION  Appeal No. 14-609-CV
       *Irma Lemus and Manuel Lemus, Jr. v. Johnny Montoya Garza, John Rene Aguilar, Laura
       Ashley Wells, and Johnny B. Wells*

Dear Justice Speedlin and Ms. Hessbrook:

I met with my clients over the holidays and it appears life has intervened to make it impossible to mediate as planned on the 13th.

   John Rene Aguilar's pregnant wife is scheduled for induced labor on the 13th.
   Laura Wells has, after months of unemployment, found a job and her five week training
       begins that day.
   Johnny B. Wells a diesel truck mechanic on a fracking crew and has been working out of
       town. He was in for only a week during the holidays and has been scheduled off
       only Feb. 1-3. He had said he can get off if necessary, but is working on the Texas
       New Mexico border.

They are also reluctant to go to mediation without an idea of what Irma and Manuel Lemus, Jr. want to start with. They also don't want to agree to any further extensions for the filing of briefs since it may be a while before mediation can be done.   We also would appreciate a clarification if the mediation fee of $600 is "per side" or "per party" as stated in your letter.

Please let us know what you would suggest.

Sincerely,

Anita J. Anderson

# EXHIBIT "D"



Anita Anderson <ajanderson1111@gmail.com>

## Irma Lemus and Manuel Lemus v. Johnny Garza et al

1 message

**Speedlin, Phylis** <pspeedlin@coxsmith.com>        Tue, Jan 6, 2015 at 9:38 AM
To: "hessbrook@sbcglobal.net" <hessbrook@sbcglobal.net>, "ajanderson1111@gmail.com"
<ajanderson1111@gmail.com>
Cc: "Evans, Karen" <kevans@coxsmith.com>

Good Morning Ana and Anita,

This will confirm that the mediation of above referenced matter has now been reset till February 3, 2015
beginning at 1 pm.

I will look forward to seeing you both then.

Phylis Speedlin


**Phylis J. Speedlin**
Of Counsel

pspeedlin@coxsmith.com
210 554 5594 direct

**COX SMITH**
112 E. Pecan Street | Suite 1800
San Antonio, Texas 78205
210 554 5500 tel
210 226 8395 fax        http://www.coxsmith.com/t
210 262 1180 mobile


Board Certified in Personal Injury Law by the Texas Board of Legal
Specialization


coxsmith.com               Vcard | Bio


The information in this email may be confidential and/or privileged. This email may be reviewed only by the intended recipient named above. Any review, use or disclosure of the information contained in this email, or any attachments by anyone other than the intended recipient, is prohibited. If you have received this email in error, please immediately notify the sender and permanently delete this email from your system.

# EXHIBIT "E"

ACCEPTED
04-14-00609-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/9/2015 3:03:35 PM
KEITH HOTTLE
CLERK

NO. 04-14-00609

In The Texas Court Of Appeals - Fourteenth Judicial District

**IRMA LEMUS and MANUEL LEMUS, JR., Appellants**
**V.**
**JOHNNY MONTOYA GARZA, JOHN RENE AGUILAR,**
**LAURA ASHLEY WELLS and JOHNNY B. WELLS, Appellees**

On Appeal from Cause No. 2012-CI-00251, 225th Judicial District Court of Bexar County

_____

## NOTICE OF RESCHEDULED MEDIATION

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COME NOW Appellees Johnny Montoya Garza, John Rene Aguilar, Laura Ashley Wells and Johnny B. Wells and give notice that the parties have rescheduled the court ordered mediation originally scheduled for January 13th with Justice Phylis Speedlin to February 3rd, 2015, due to the circumstances described in the letter attached as Exhibit A. Confirmation from Justice Speedlin is attached as Exhibit B.

Respectfully submitted,

*/s/ Anita J. Anderson*
ANITA J. ANDERSON
Texas Bar No. 01165955
LAW OFFICE OF ANITA J. ANDERSON
Conference: 303 West Sunset Suite 103
Correspondence: POB 830722
San Antonio, Texas 78283
Telephone (210) 533-8726
Telecopier (210) 633-0989

CERTIFICATE OF SERVICE

A true and correct copy of the above and forgoing has been forwarded by e-service and facsimile transmission to Ana Laura Hessbrook, attorney of record for Defendants Irma Lemus and Manuel Lemus, Jr. at 4100 N.W. Loop 410, Suite 105, San Antonio, Texas 78229 this 9th day of January, 2015.

/s/ Anita J. Anderson
ANITA J. ANDERSON